IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

       v.                             CASE NO. 4:24-mj-91 (AGH)

ANTONIO GAY

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
**(POSSESSION OF DRUG RELATED OBJECTS)**

That on or about August 24, 2024, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **ANTONIO GAY** did unlawfully possess and intend to use an object for the purpose of inhaling a controlled substance; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 16-13-32.2.

## COUNT TWO
## (CRIMINAL TRESPASS)

That on or about August 24, 2024, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **ANTONIO GAY** was found within a United States military reservation, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, after having been removed therefrom and ordered not to reenter; in violation of Title 18, United States Code, Section 1382.

PETER D. LEARY
UNITED STATES ATTORNEY

/s/ Mary E. Bourbonnais
MARY E. BOURBONNAIS
Special Assistant United States Attorney
Office of the Staff Judge Advocate
6930 Morrison Avenue, Building 130
Fort Moore, Georgia 31905
(706) 464-4049
mary.e.bourbonnais.mil@army.mil