# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CASE NO. 4:24-mj-00091 (AGH) : |
| | : |
| **ANTONIO GAY** | : |
| | : |
| **Defendant.** | : |

## MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Middle District of Georgia hereby moves to dismiss without prejudice the information in the above-referenced case against **ANTONIO GAY** for good and sufficient reasons.

Respectfully submitted, this 13th day of February, 2025.

                                                                            C. SHANELLE BOOKER
                                                                            ACTING UNITED STATES ATTORNEY

                                                                            /s/ Scott D. Gronsky
                                                                            SCOTT D. GRONSKY
                                                                            Special Assistant United States Attorney
                                                                            Office of the Staff Judge Advocate
                                                                            6930 Morrison Avenue, Building 130
                                                                            Fort Moore, Georgia 31905
                                                                            (706) 604-8280
                                                                            scott.d.gronsky.mil@army.mil

## CERTIFICATE OF SERVICE

I, Scott D. Gronsky, Special Assistant United States Attorney, hereby certify that on February 13, 2025, I electronically filed the within and foregoing *MOTION TO DISMISS* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 13th day of February, 2025.

C. SHANELLE BOOKER
ACTING UNITED STATES ATTORNEY

/s/ Scott D. Gronsky
SCOTT D. GRONSKY
Special Assistant United States Attorney
Office of the Staff Judge Advocate
6930 Morrison Avenue, Building 130
Fort Moore, Georgia 31905
(706) 604-8280
scott.d.gronsky.mil@army.mil

[2]